No. 93–5188. NOLAN v. UNIVERSITY OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5189. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5190. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5191. JELINEK v. WASCHE. C. A. 8th Cir. Certiorari denied.

No. 93–5193. BARRIOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5194. ANKRUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5195. ALEXANDER v. ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5196. TOWNES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Cir. Ct. Mecklenburg County, Va. Certiorari denied.

No. 93–5198. LORENZO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5199. ROJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5200. ROGERS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–5201. MORRISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5202. CUSTER v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–5203. CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5205. PEARSON v. MAHON ET AL. C. A. 11th Cir. Certiorari denied.